UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:09-CR-245-1D

| | |
|---|---|
| **United States Of America** ) | |
| ) | **JUDGMENT** |
| **vs.** ) | |
| ) | |
| **Daniel James Kolar** ) | |

On this the 22nd day of October, 2010, comes Debbie W. Starling, U.S. Probation Officer, in open court at Raleigh, North Carolina, who shows the court that Daniel James Kolar appeared before the Honorable Walter S. Smith, Jr., Chief U.S. District Judge, in the Western District of Texas, with counsel, on August 1, 2007, and upon a plea of guilty to Aggravated Assault With a Dangerous Weapon, in violation of 18 U.S.C. § 113(a)(3), was sentenced to the custody of the Bureau of Prisons for a term of 30 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 36 months upon release from imprisonment. Daniel James Kolar was released from custody and the term of supervised release commenced in the Eastern District of North Carolina, on November 21, 2008. Transfer of Jurisdiction was filed in the Eastern District of North Carolina, on August 24, 2009.

From evidence presented, the court finds as a fact that Daniel James Kolar, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.
2. Possessing a firearm or other destructive device.
3. Criminal conduct.
4. Failure to notify the probation officer ten days prior to any change in residence.
5. Leaving the judicial district without the permission of the court or probation officer.
6. Failure to notify the officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 24 months. It is recommended that the defendant served his imprisonment term at FCI - Butner, and that he participate in the most intensive substance abuse and mental health treatment available.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 22nd day of October, 2010.

_____
James C. Dever, III
U.S. District Judge